AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Terri J. Pedato, As Mother and Next Friend of Richard Morrill

Fred G. Arrigg, Jr., M.D.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03cv12223 RGS

TO: (Name and address of Defendant)

Fred G. Arrigg, Jr., M.D.
439 South Union Street
Suite 1101
Lawrence, MA 01843

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, P.C.
858 Washington St.
Third Floor
Dedham, MA 02026

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY

DATE 11-12-03

## RETURN OF SERVICE

NAME

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

Essex, ss.

February 24, 2004

I hereby certify and return that on 2/23/2004 at 08:46 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering **in hand to Judith Giant. Office Manager, agent, person in charge at the time of service for FRED G. ARRIGG, JR., M.D.**, 439 South Union Street, Suite 1101 Lawrence, MA 01843 and a 1st class mailing was sent on 02/23/2004. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff  Tom Tombarello                                    Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                        Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.