UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03CV12223RGS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
TERRI J. PEDATO, AS MOTHER AND     \*
NEXT FRIEND OF RICHARD MORRILL     \*
    Plaintiff     \*
                           \*
v.     \*
                           \*
FRED H. ARRIGG, JR., M.D.     \*
    Defendant     \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S ASSENTED TO MOTION TO STRIKE AND SUBSTITUTE**

Now comes the plaintiff in the above referenced matter and respectfully moves this Honorable Court to by striking the current name of Richard Morrill and substituting the name Richard Alan Pedato. As grounds therefore Plaintiff states that the minor plaintiff was adopted by his step-father.

Dated: December 19, 2006

The Plaintiff,
By her attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington Street
Third Floor
Dedham, MA 02026
Phone: (781) 329-1080

Assented to:

s/Nicole Mason
_____
Kenneth Weiss, Esquire
Nicole Mason, Esquire
FICKSMAN & CONLEY
98 Washington Street
Suite 500
Boston, MA  02114

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, counsel for the plaintiff, hereby certify that on the 19th day of December 2006 I served a copy of the within document via postage prepaid mail to the following counsel of record:

Kenneth Weiss, Esquire
Nicole Mason, Esquire
FICKSMAN & CONLEY
98 Washington Street
Suite 500
Boston, MA  02114

                                            s/Joseph G. Abromovitz
                                            _____
                                            Joseph G. Abromovitz