COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                         SUPERIOR COURT
                                                      CIVIL ACTION
                                                  NO: 1104-3235C

Terri J. Pedato   et al
                    PLAINTIFF

                                              03-cv-12223-RGS

        V.

Fred H. Arrigg Jr M.D.
                    DEFENDANT


ORDER


AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK

SUPERIOR COURT:

    THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO

THE United States District Court  : DOCKET 03cv12223RGS


                                    BY THE COURT, Spurlock, J.

                                    _____
                                           ASST. CLERK


DATED: March 5, 2007

notice sent 3/5/07
LOO J.G.A. — J.G.A.
K.W. — F+C
            pc
           /216