UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI J. PEDATO, As Mother and Next Friend of RICHARD MORRILL     Plaintiff<br><br>VS.<br><br>FRED G. ARRIGG, JR., M.D.,     Defendant | CIVIL ACTION<br>NO: 03CV-12223 RGS |

## JOINT MOTION TO AMEND DISCOVERY PLAN

Now come the parties in the above referenced matter and respectfully request that this Honorable Court amend the Discovery Plan by enlarging the time to conclude all discovery, as set forth below. As grounds therefore the parties state as follows:

(1) This is a complex medical malpractice action in which the plaintiff alleges that Dr. Arrigg negligently performed a revision tympanomastoidectomy resulting in an encephalocele and brain abscess.

(1) There are numerous physicians who have treated the minor plaintiff, Richard Morrill and multiple depositions of non-party witnesses that must be taken in order to adequately assess the plaintiff's course of treatment and alleged damages.

(3) The case was transferred to the Suffolk Superior Court for the limited purpose of convening a medical malpractice tribunal pursuant to M.G.L. ch. 231 § 60B and the case was stayed pending the decision of the tribunal. (Exhibit A). Despite numerous requests, both in writing and on the phone, a medical malpractice tribunal did not occur until October of 2006 given the reported difficulties of retaining an otolaryngologist to sit as the medical member of the panel. On or about October 27, 2006 that medical malpractice tribunal went forward with a finding in favor of the plaintiff.

(4) The case was not returned to the Federal Court until March 5, 2007. (Exhibit B).

(5) Counsel for both parties have worked diligently to schedule the deposition of the defendant Dr. Arrigg. Given numerous scheduling conflicts, Dr. Arrigg's deposition has been scheduled for August 1, 2007 and is expected to go forward at that time.

(6) Once the deposition of Dr. Arrig is taken, counsel can determine what additional depositions, including but not limited to expert depositions are required.

The parties respectfully request that this Honorable Court enlarge the time allotted in the proposed discovery plan as attached hereto so they may adequately prepare for trial.

| | |
|---|---|
| The Plaintiff,<br>By her attorney,<br>JOSEPH G. ABROMOVITZ, P.C. | The Defendant,<br>By his attorneys,<br>FICKSMAN & CONLEY, LLP |
| /s/ Joseph G. Abromovitz<br>JOSEPH G. ABROMOVITZ<br>858 Washington Street, 3rd Floor<br>Dedham, MA 02026<br>(781) 239-1080 | /s/ Nicole M. Mason<br>NICOLE M. MASON, BBO # 647915<br>KENNETH D. WEISS, BBO # 521240<br>98 North Washington Street, Suite 500<br>Boston, MA 02114<br>(617) 720-1515 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2007, I served the above notice on the plaintiff in the above entitled action by mailing a copy thereof, postage prepaid, to their counsel of record Joseph G. Abromovitz, Esq., 858 Washington Street - Third Floor, Dedham, MA 02026.

/s/ Nicole M. Mason
**NICOLE M. MASON**

UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI J. PEDATO, As Mother and Next Friend of RICHARD MORRILL<br>    Plaintiff<br><br>VS.<br><br>FRED G. ARRIGG, JR., M.D.,<br>    Defendant | CIVIL ACTION<br>NO: 03CV-12223 RGS |

## PROPOSED AMENDED DISCOVERY PLAN

1. All depositions (except *de bene esse* and expert depositions) shall be concluded on or before September 28, 2007;

2. Any motions pursuant to Fed. R. Civ. P. 56 shall be brought on or before October 12, 2007;

3. Plaintiff's expert disclosure shall be made on or before October 31, 2007;

4. Defendant's expert disclosure shall be made on or before November 30, 2007;

5. Expert depositions are to be conducted on or before February 29, 2008.

| | |
|---|---|
| The Plaintiff,<br>By her attorney,<br>JOSEPH G. ABROMOVITZ, P.C. | The Defendant,<br>By his attorneys,<br>FICKSMAN & CONLEY, LLP |
| /s/ Joseph G. Abromovitz<br>JOSEPH G. ABROMOVITZ<br>858 Washington Street, 3rd Floor<br>Dedham, MA 02026<br>(781) 239-1080 | /s/ Nicole M. Mason<br>NICOLE M. MASON, BBO # 647915<br>KENNETH D. WEISS, BBO # 521240<br>98 North Washington Street, Suite 500<br>Boston, MA 02114<br>(617) 720-1515 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007 I served the above notice on the plaintiff in the above entitled action by mailing a copy thereof, postage prepaid, to their counsel of record Joseph G. Abromovitz, Esq., 858 Washington Street - Third Floor, Dedham, MA 02026.

/s/ Nicole M. Mason
**NICOLE M. MASON**

# EXHIBIT A

UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 55

DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| TERRI J. PEDATO, As Mother and Next Friend of RICHARD MORRILL<br>    Plaintiff<br><br>VS.<br><br>FRED G. ARRIGG, JR., M.D.,<br>    Defendant | CIVIL ACTION<br>NO: 03CV-12223-RGS |

*[handwritten: 6/4/04 M.P.]*

**MOTION OF THE DEFENDANT, FRED G. ARRIGG, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL**

Now comes the Defendant Fred G. Arrigg, M.D. and hereby moves pursuant to M.G.L. c. 231, § 60B that the claims against him be transferred to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal. In support of this motion the Defendant relies on the memorandum attached hereto.

Respectfully submitted,
By his attorneys,

HICKSMAN & CONLEY, LLP

_____
KENNETH D. WEISS, BBO# 521240
NICOLE M. MASON, BBO# 647915
98 North Washington Street, Suite 500
Boston, MA 02114
(617) 720-1515

**CERTIFICATE OF SERVICE**

I, Nicole M. Mason, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing document upon all parties, via first class mail, postage prepaid, directed Joseph G. Abromovitz, Esq., 858 Washington Street - Third Floor, Dedham, MA 02026.

Signed under the pains and penalties of perjury.

Dated: June 1, 2004          NICOLE M. MASON

*[handwritten margin note: Allowed. The case will be stayed pending the decision of the Tribunal. R.D. Stearns DJ 6-7-04]*

**EXHIBIT B**

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2004-03235-C**

RE:  Pedato et al v Arrigg Jr MD

TO:  Kenneth Weiss, Esquire
Ficksman & Conley
98 North Wahington Street
Suite 500
Boston, MA 02114

### NOTICE OF DOCKET ENTRY

You are hereby notified that on **03/05/2007** the following entry was made on the above referenced docket:

**TRANSFERRED to USDC**
Dated at Boston, Massachusetts this 5th day of March, 2007.

Michael Joseph Donovan,
Clerk of the Courts

BY: Anna K. Flaherty
Assistant Clerk

Telephone: 617-788-8172

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

cvdgeneric_2.wpd 3078854 trancas carangel

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                    SUPERIOR COURT
                                                                CIVIL ACTION
                                                                NO:

Terri J. Pedato, et al
                PLAINTIFF

V.

Fred H. Arrigg Jr M.D.
                DEFENDANT

ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET 03cv12223RGS

BY THE COURT, Spurlock, J.

*[signature]*
ASST. CLERK

DATED: March 5, 2007

*[handwritten notations]*
Notice sent 3/5/07
LOO J.G.A. - J.G.A.
KW. - F+C
PC
12/6