# EXHIBIT A

UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -3 A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS

TERRI J. PEDATO, As Mother and Next )
Friend of RICHARD MORRILL )
    Plaintiff )
     )
     ) CIVIL ACTION
VS. ) NO: 03CV-12223-RGS
     )
FRED G. ARRIGG, JR., M.D., )
    Defendant )

### MOTION OF THE DEFENDANT, FRED G. ARRIGG, M.D., TO TRANSFER THE CLAIMS AGAINST HIM TO MASSACHUSETTS SUPERIOR COURT FOR THE LIMITED PURPOSE OF CONVENING A MEDICAL MALPRACTICE TRIBUNAL

Now comes the Defendant Fred G. Arrigg, M.D. and hereby moves pursuant to M.G.L. c. 231, § 60B that the claims against him be transferred to the Massachusetts Superior Court for the limited purpose of convening a medical malpractice tribunal. In support of this motion the Defendant relies on the memorandum attached hereto.

Respectfully submitted,
By his attorneys,

HICKSMAN & CONLEY, LLP

_____
KENNETH D. WEISS, BBO# 521240
NICOLE M. MASON, BBO# 647915
98 North Washington Street, Suite 500
Boston, MA 02114
(617) 720-1515

### CERTIFICATE OF SERVICE

I, Nicole M. Mason, attorney for said defendant, hereby certify that I have this day served a copy of the foregoing document upon all parties, via first class mail, postage prepaid, directed Joseph G. Abromovitz, Esq., 858 Washington Street - Third Floor, Dedham, MA 02026.

Signed under the pains and penalties of perjury.

Dated: June 1, 2004             NICOLE M. MASON

*[Handwritten margin note: Allowed. The case will be stayed pending the decision of the Tribunal. R.D. Stearns DJ 6-7-04]*

*[Handwritten at top: 6/4/04 M.P.]*

**EXHIBIT B**

# Commonwealth of Massachusetts
## County of Suffolk
## The Superior Court

CIVIL DOCKET#: **SUCV2004-03235-C**

RE:  Pedato et al v Arrigg Jr MD

TO:  Kenneth Weiss, Esquire
Ficksman & Conley
98 North Wahington Street
Suite 500
Boston, MA 02114

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **03/05/2007** the following entry was made on the above referenced docket:

**TRANSFERRED to USDC**
Dated at Boston, Massachusetts this 5th day of March, 2007.

Michael Joseph Donovan,
Clerk of the Courts

BY: Anna K. Flaherty
Assistant Clerk

Telephone: 617-788-8172

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

cvdgeneric_2.wpd 3078854 trancas carangel

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                           SUPERIOR COURT
                                                       CIVIL ACTION
                                                       NO:

Terri J. Pedato, et al
        PLAINTIFF

V.

Fred H. Arrigg Jr M.D.
        DEFENDANT

### ORDER

AFTER A MEDICAL MALPRACTICE TRIBUNAL HEARING IN SUFFOLK SUPERIOR COURT:

THE ABOVE ENTITLED ACTION IS HEREBY ORDERED RETURNED TO THE United States District Court : DOCKET 03cv12223RGS

BY THE COURT, Spurlock, J.

*[signature]*
ASST. CLERK

DATED: March 5, 2007

*notice sent 3/5/07*
*LOO J.G.A. — J.G.A.*
*KW. — F+C*
*PC*
*/12/6*