UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12223-RGS

TERRI J. PEDATO, as Mother and
Next Friend of RICHARD MORRILL

v.

FRED G. ARRIGG, Jr., M.D.

SCHEDULING ORDER

May 1, 2007

STEARNS, D.J.

The parties joint motion to amend the discovery order is <u>ALLOWED</u> in part. Plaintiff shall make her expert witness disclosures by July 2, 2007. Defendant shall make his expert witness disclosures by July 30, 2007. All discovery is to be completed by August 31, 2007. Trial is scheduled to commence at 9:00 a.m. in Courtroom 21 on September 17, 2007.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE