UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRI J. PEDATO, As Mother and Next Friend of RICHARD MORRILL<br>    Plaintiff<br><br>VS:<br><br>FRED G. ARRIGG, JR., M.D.,<br>    Defendant | CIVIL ACTION<br>NO: 03CV-12223 RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above captioned action and, pursuant to Massachusetts Rule of Civil Procedure 41(a)(1), dismiss this action as to the defendant, Fred G. Arrigg, Jr., M.D. with prejudice and without costs. All rights of appeal are waived.

The Plaintiff,
By her attorney,
JOSEPH G. ABROMOVITZ, P.C.

/s/ Joseph G. Abromovitz
JOSEPH G. ABROMOVITZ
858 Washington Street, 3rd Floor
Dedham, MA 02026
(781) 239-1080

The Defendant,
By his attorneys,
FICKSMAN & CONLEY, LLP

/s/ Nicole M. Mason
NICOLE M. MASON, BBO # 647915
KENNETH D. WEISS, BBO # 521240
98 North Washington Street, Suite 500
Boston, MA 02114
(617) 720-1515

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2007, I served the above notice on the plaintiff in the above entitled action by mailing a copy thereof, postage prepaid, to their counsel of record Joseph G. Abromovitz, Esq., 858 Washington Street - Third Floor, Dedham, MA 02026.

/s/ Nicole M. Mason
**NICOLE M. MASON**